IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARLON JACKSON, individually and on behalf of similarly situated individuals, | ) ) ) ) |
| *Plaintiff*, | ) No. 1:24-cv-06577 ) |
| v. | ) Hon. Rebecca R. Pallmeyer ) |
| NFI INTERACTIVE LOGISTICS, LLC, a New Jersey limited liability company, and NFI INDUSTRIES, INC., a Delaware corporation, | ) ) ) ) ) |
| *Defendants*. | ) ) |

**PLANTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Marlon Jackson ("Plaintiff") hereby voluntarily dismisses this action without prejudice.

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or motion for summary judgment.

2. Defendants NFI Interactive Logistics, LLC and NFI Industries, Inc. have not served an answer or served a motion for summary judgment.

3. Accordingly, Plaintiff hereby voluntarily dismisses this action without prejudice as to all claims asserted by Plaintiff and the putative class.

Date: November 8, 2024

Respectfully submitted,

MARLON JACKSON, individually and on behalf of similarly situated individuals

/s/ Andrew T. Heldut

*One of Plaintiff's Attorneys*

Paul T. Geske
Andrew T. Heldut
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
pgeske@mcgpc.com
aheldut@mcgpc.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 8, 2024, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Andrew T. Heldut